

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00414-CV

Sylvia **GARDNER**,
Appellant

v.

Eric **GARDNER**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00678
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellant Sylvia Gardner.

SIGNED January 24, 2018.

_____
Patricia O. Alvarez, Justice